

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00070-CV

**IN THE INTEREST OF G.C.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00971
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. The motion to withdraw as counsel is DENIED. It is ORDERED that no costs be assessed against Appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED May 30, 2018.

Sandee Bryan Marion, Chief Justice